PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | DKT. NO. 4:13-CR-296-01 |
| | : | |
| **CLINTON EDWARD BLISS** | : | |

On May 27, 2014, the above named was installed on supervised release for a term of three (3) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Cynthia A. Kozel
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____30th____ day of ____December____, 2020.

*s/ Matthew W. Brann*
**MATTHEW W. BRANN**
**UNITED STATES DISTRICT JUDGE**